NO. SCWC-29269

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

GREG W. SCHOENLEIN, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29269; CR. NOS. 04-1-2287 and 05-1-2431)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama,
Acoba, Duffy, and McKenna, JJ.)

The Application for Writ of Certiorari filed on

September 22, 2011 by Petitioner/Defendant-Appellant Greg W.

Schoenlein is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 7, 2011.

Steven M. Shaw for            /s/ Mark E. Recktenwald
petitioner-defendant
appellant, on the             /s/ Paula A. Nakayama
application.
                              /s/ Simeon R. Acoba, Jr.

                              /s/ James E. Duffy, Jr.

                              /s/ Sabrina S. McKenna

